| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Jordan, Daniel P. | 2. Court or Organization<br><br>U.S. District Court, MS | 3. Date of Report<br><br>4/25/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>District Judge | 5. ReportType (check appropriate type)<br><br>⦿ Nomination,    Date    4/24/2006<br><br>◯ Initial    ◯ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2005<br>to<br>4/17/2006 |
| 7. Chambers or Office Address<br><br>210 East Capitol St.<br>17th Floor AmSouth Plaza<br>Jackson, MS 39201 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Equity Member | Butler, Snow, O'Mara, Stevens & Cannada, PLLC |
| 2. | Mississippi Bar Association, Litigation Section | Secretary/Treasurer |
| 3. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2006 | Butler, Snow, O'Mara, Stevens & Cannada, PLLC- Capital Account contributions will be returned upon termination of membership in PLLC. |
| 2. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Butler, Snow, O'Mara, Stevens & Cannada PLLC | 262,268 |
| 2. | 2005 | Butler, Snow, O'Mara, Stevens & Cannada PLLC | 257,408 |
| 3. | 2006 | Butler, Snow, O'Mara, Stevens & Cannada PLLC | 106,673 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | EXEMPT |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jordan, Daniel P. | 4/25/2006 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | EXEMPT | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Daniel P. | 4/25/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AmSouth Bank account | C | None | J | T | Exempt | | | | |
| 2. Butler Snow Profit Sharing Plan: | | None | M | T | Exempt | | | | |
| 3. -Vanguard Prime Money Market Fund | | | | | | | | | |
| 4. -Vanguard 500 Index Fund | | | | | | | | | |
| 5. -Vanguard Growth and Income Fund | | | | | | | | | |
| 6. -Vanguard Windsor II Fund | | | | | | | | | |
| 7. -Vanguard International Growth Fund | | | | | | | | | |
| 8. ABA Members Retirment 401(k) | | None | M | T | Exempt | | | | |
| 9. -Stable Asset Return Fund | | | | | | | | | |
| 10. -Large Cap Value Equity Fund | | | | | | | | | |
| 11. -Large Cap Growth Equity Fund | | | | | | | | | |
| 12. -Index Equity Fund | | | | | | | | | |
| 13. -Mid Cap Value Equity Fund | | | | | | | | | |
| 14. -Mid Cap Growth Equity Fund | | | | | | | | | |
| 15. -International Equity Fund | | | | | | | | | |
| 16. Citigroup Smith Barney | | | | | | | | | |
| 17. -Bank Deposit Program | B | Dividend | M | T | Exempt | | | | |
| 18. -American Balanced Fund Class | A | Dividend | K | T | Exempt | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Daniel P. | 4/25/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.   -Franklin Income Fund Class C | B | Dividend | K | T | Exempt | | | | |
| 20.   -Growth Fund of America Class C | | None | K | T | Exempt | | | | |
| 21.   Genentech 401(k) | | None | M | T | Exempt | | | | |
| 22.   -Fidelity Magellan | | | | | | | | | |
| 23.   -Fid Growth Company | | | | | | | | | |
| 24.   -Fid US Eq Index Pool | | | | | | | | | |
| 25.   -Fid Balanced | | | | | | | | | |
| 26.   -Fid Mgd Inc Port II | | | | | | | | | |
| 27.   Northwestern Mutual- Whole Life | | None | J | T | Exempt | | | | |
| 28.   MPACT (MS prepaid college tuition) | | None | K | T | Exempt | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jordan, Daniel P. | 4/25/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jordan, Daniel P. | 4/25/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date 4.25.06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 3 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 643 | 297 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: Undistributed 2005 income from firm | | 6 | 167 | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 89 | 838 |
| Real estate owned-add schedule | | 280 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 90 | 000 | | | | |
| Cash value-life insurance | | 2 | 230 | | | | |
| Other assets itemize: | | | | | | | |
| Prepaid college tuition - IMPACT | | 30 | 831 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 89 | 838 |
| | | | | Net Worth | | 965 | 687 |
| Total Assets | 1 | 055 | 525 | Total liabilities and net worth | 1 | 055 | 525 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | | No | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | | No | |
| Legal Claims | | | | Have you ever taken bankruptcy? | | No | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |

Jackson 1248800v.1